Submitted March 8, 1971. *John H. Chronister,* Assistant Public Defender, for appellant; *Gary M. Gilbert,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Beard, Appellant.

Submitted March 15, 1971. *Joseph C. Mesics,* Public Defender, for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bennett, Appellant.

Submitted March 15, 1971. *Andrea C. Levin* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Bennett, Appellant.